

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

February 14, 1939

Hon. Joseph Wearden, Chairman
Texas Prison Board
Victoria, Texas

Dear Sir:

Opinion No. O-258
Re: When do the new appointees
to the Texas Prison Board le-
gally take office?

Your letter of January 30, 1939,
addressed to Hon. Gerald C. Mann, Attorney
General, has been referred to the writer
for consideration and reply. You request
an opinion as to when new appointees to the
Texas Prison Board legally take office.

Your attention is directed to Arti-
cle 6166-b, Revised Civil Statutes of Texas:

"There is hereby created the
Texas Prison Board, which shall be
composed of nine members to be ap-
pointed by the Governor with the
advice and consent of the Senate,
such appointments shall be made bi-
annually, or on or before February 15.
Each member of said Board shall be
a State officer within the meaning
of the Constitution, and before en-
tering upon the discharge of his
duties shall take the constitution-
al oath of office. The term of
office of each member shall be six
years, except that in making the
first appointments the Governor

Hon. Joseph Wearden, February 14, 1939, Page 2

shall appoint three members for a
term of two years each, three mem-
bers for terms of four years each,
and three members for terms of six
years each, so that the terms of
three members shall expire every
two years. Vacancies occurring in
the Board shall be filled by ap-
pointment of the Governor for the
unexpired term."

You will note that, in effect, the
above quoted article states that the Governor
shall make appointments of three members of
the Texas Prison Board every two years, with
these appointments to be made on or before
February 15, and the term of office of each
member to be for a period of six years.

Further, under the above article,
a member of the Prison Board holds a consti-
tutional office, and though an appointive
office, the same rules of tenure will apply
as to an elective office. Therefore, if a
new appointee to the Texas Prison Board fails
to qualify for several months after February
15, his predecessor serves several months
of his tenure.

Article 16, Section 17 of the Con-
stitution of Texas provides as follows:

"All officers within this
State shall continue to perform
the duties of their offices until
their successor shall be duly
qualified."

The term of office to be for a per-
iod of six years does not mean that each mem-
ber shall serve six years from the date of

Hon. Joseph Wearden, February 14, 1939, Page 3


his qualification, but means that he shall serve six years or until the qualification of his successor. The appointments are not made for six years but they are made to fill a term of six years, which expires on February 15th, even though the appointee may not have served but five and a half years or even a less period of time.

It is our opinion, and you are so advised, that new appointees to the Texas Prison Board legally take office as soon as they shall be duly qualified after February 15.

Believing this to answer your inquiry, we are

Yours very truly

ATTORNEY GENERAL OF TEXAS

By                Pat Coon
                        Assistant

PC:ob

APPROVED:

ATTORNEY GENERAL OF TEXAS